UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DeWAYNE THOMPSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>P. KUPPINGER, et al.,<br><br>　　　　Defendants. | No. 2:23-cv-00463-EFB (PC)<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He requests an extension of time to comply with the court's March 23, 2023 order directing him to either pay the filing fee or seek leave to proceed in forma pauperis.  ECF No. 4.  Plaintiff's request for an extension of time is granted.

　　　　Plaintiff also requests leave to file exhibits with the court for safekeeping.  ECF No. 5.  Plaintiff's request for the court to safeguard his exhibits is denied.  The court is not a repository for plaintiff's evidence, and plaintiff shall not file documentary evidence in support of his claims unless it is necessary for the resolution of a motion.  At this stage in the proceedings, where the complaint has not yet been screened and no defendants have been served, it is not necessary.

/////

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 4) is granted and plaintiff shall either pay the filing fee or seek leave to proceed in forma pauperis within 30 days from the date this order is served. Failure to so comply may result in a recommendation that this action be dismissed.

2. Plaintiff's requests leave to file exhibits with the court for safekeeping (ECF No. 5) is denied.

Dated: April 14, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE