IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DeWAYNE THOMPSON,**<br><br>                           Plaintiff,<br><br>      v.<br><br>**P. KUPPINGER, et al.,**<br><br>                           Defendant. | Case No. 2:23-cv-00463-DJC-EFB (PC)<br><br>~~[PROPOSED]~~ ORDER |

   Defendants Aung, Haynie, Heinkel, Kuppinger, Lujan, Pohovich, and Struve request that the Court defer consideration of Plaintiff's motion for summary judgment until after the March 21, 2025 dispositive motion deadline under Federal Rule of Civil Procedure 56(d), and that Defendants' opposition to Plaintiff's motion be due on that date.

   Good cause having been shown, the motion is hereby GRANTED.  Defendants shall file their opposition to Plaintiff's motion for summary judgment on or before March 21, 2025 and the Court shall defer consideration of Plaintiff's motion until after that date.

   IT IS SO ORDERED

Dated: November 19, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE