# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

DeWAYNE THOMPSON,                              No. 2:23-cv-00463-DJC-EFB (PC)

        Plaintiff,

    v.

P. KUPPINGER, et al.,
                                              **ORDER & WRIT OF HABEAS CORPUS**
        Defendants.          **AD TESTIFICANDUM**

_____/

DeWayne Thompson, CDCR # T-12115, a necessary and material witness in a settlement conference in this case on August 19, 2026, is confined in Salinas Valley State Prison (SVSP), in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Chi Soo Kim, by Zoom video conference from his place of confinement, on Wednesday, August 19, 2026 at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.  Zoom video conference connection information will be supplied via separate email.

2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3.  The Clerk of the Court is directed to serve a copy of this order via fax on the Out to Court Desk at Salinas Valley State Prison at (831) 678-5507 or via email.

4.  Any difficulties connecting to the Zoom video conference shall immediately be reported to Alexandra Waldrop, Courtroom Deputy, at awaldrop@caed.uscourts.gov.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, SVSP, P. O. Box 1020, Soledad, California 93960:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Kim at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: June 15, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE